Approved: ✓ Carl Horn, III  Denied: ___
United States Magistrate Judge
Date: Feb. 6, 2008

(After review please send this affidavit to the Clerk's office so a copy can be sent to the FPD)

# FINANCIAL AFFIDAVIT
%CJA 23 Rev. 5/98
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Jones
FOR: U.S. District Court Judge
AT: Western North Carolina

LOCATION NUMBER: NCW

PERSON REPRESENTED (Show your full name): GWENDOLYN J. JONES
(704) 496-6012 (cell)
(704) 817-9178 (H)

1 ☐ Defendant—Adult
2 ☒ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 3:08mc12
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) x Felony  ☐ Misdemeanor
18:13 Negotiating Worthless Negotiable Instruments

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED (per month): $590.00 — SS Disability
$2669.00 — VA Disability

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $2000.00  DESCRIPTION: 1996 Ford Explorer

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
X SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent: | Colonial Village @ Stone Point | $834 void | $834.00 |
| Utilities: | Duke Energy | $ | $95.00 |
| Phone & Cable: | Time Warner | $ | $71.00 |
| Car Note: | Gil Auto | $ | $225 |
| Security Loan | | 300. | |
| Pioneer Loan | | 1500. | |
| Max Federal Credit Union | | 1200. | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/31/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ Gwendolyn J. Jones